## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| NOVAN, INC., *et al.*,[1] | ) |
| | ) Case No. 23-10937 (LSS) |
| Debtors. | ) |
| | ) (Jointly Administered) |
| | ) |

## CERTIFICATE OF SERVICE

I, Emily J. Cooper, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtor in the above-captioned case.

On September 12, 2023, at my direction and under my supervision, employees of KCC caused to be served the following documents via Electronic Mail upon the service lists attached hereto as **Exhibit A**, **Exhibit B**, **Exhibit C** and **Exhibit D**; and via First Class Mail upon the service lists attached hereto as **Exhibit E**, **Exhibit F**, **Exhibit G**, **Exhibit H** and **Exhibit I**:

- **Order (I) Approving Asset Purchase Agreement, (II) Authorizing the Sale of the Debtors' Development Assets and Certain of the Commercial Assets Free and Clear of All Encumbrances to LNHC, Inc., (III) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (IV) Granting Related Relief** [Docket No. 291]

- **Order (I) Approving Asset Purchase Agreement, (II) Authorizing the Sale of the Debtors' Assets Free and Clear of All Encumbrances to Mayne Pharma LLC, (III) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (IV) Granting Related Relief** [Docket No. 292]

Dated:  September 25, 2023

/s/ Emily J. Cooper
Emily J. Cooper
KCC
222 N Pacific Coast Highway, 3rd Floor
El Segundo, CA 90245
Tel 310.823.9000

---

[1]    The Debtors in these chapter 11 cases, along with the last four digitals of the Debtors' federal tax identification number (if applicable), are: Novan, Inc. (7682) and EPI Health, LLC (9118).  The corporate headquarters and the mailing address for the Debtors is 4020 Stirrup Creek Drive, Suite 110, Durham, NC 27703.

# Exhibit A

**Exhibit A**
**Core/2002 Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Committee of Unsecured Creditors | Aclaris Therapeutics, Inc. | Mr. James Loerop, Chief Business Officer | jloerop@aclaristx.com |
| Alabama Attorney General | Alabama Attorney General | Attn Bankruptcy Department | consumerinterest@Alabamaag.gov |
| Alaska Attorney General | Alaska Attorney General | Attn Bankruptcy Department | attorney.general@alaska.gov |
| Arizona Attorney General's Office - CSS | Arizona Attorney General's Office - CSS | Attn Bankruptcy Department | BCEIntake@azag.gov |
| Arkansas Attorney General | Arkansas Attorney General | Attn Bankruptcy Department | OAG@ArkansasAG.gov |
| Counsel to SAP America, Inc. and Concur Technologies, Inc. | Brown & Connery, LLP | Donald K. Ludman | dludman@brownconnery.com |
| Counsel to McKesson Corporation | Buchalter, A Professional Corporation | Jeffrey K. Garfinkle | jgarfinkle@buchalter.com |
| Counsel to Oracle America, Inc. | Buchalter, A Professional Corporation | Shawn M. Christianson | schristianson@buchalter.com |
| Counsel to Dr. Reddy's Laboratories Ltd., Promius Pharma, LLC, and Dr. Reddy's Laboratories, Inc. | Cole Schotz P.C. | Justin R. Alberto and Andrew J. Roth-Moore | jalberto@coleschotz.com; aroth-moore@coleschotz.com |
| Colorado Attorney General | Colorado Attorney General | Attn Bankruptcy Department | attorney.general@coag.gov |
| Counsel to Sato Pharmaceutical Co., Ltd | Conaway Legal LLC | Bernard G. Conaway | bgc@conaway-legal.com |
| Connecticut Attorney General | Connecticut Attorney General | Attn Bankruptcy Department | attorney.general@ct.gov |
| Counsel to CaremarkPCS Health, L.L.C. and Zinc Health Services, L.L.C. | Cooch and Taylor, P.A | R. Grant Dick IV | gdick@coochtaylor.com |
| Delaware Attorney General | Delaware Attorney General | Attn Bankruptcy Department | attorney.general@state.de.us |
| Delaware State AG and DOJ | Delaware Dept of Justice | Attorney General | attorney.general@state.de.us; attorney.general@delaware.gov |
| DE Secretary of State | Delaware Secretary of State | Division of Corporations | dosdoc_bankruptcy@state.de.us |
| DE State Treasury | Delaware State Treasury | | statetreasurer@state.de.us |
| District of Columbia Attorney General | District of Columbia Attorney General | Attn Bankruptcy Department | oag@dc.gov |
| Committee of Unsecured Creditors | Dr. Reddy's Laboratories, Inc. | Scott C. Hollander, Esq., Assistant General Counsel | shollander@drreddys.com |
| Counsel to Brian Johnson | FisherBroyles, LLP | Carl D. Neff | carl.neff@fisherbroyles.com |
| Florida Attorney General | Florida Attorney General | Attn Bankruptcy Department | citizenservices@myfloridalegal.com; oag.civil.eserve@myfloridalegal.com |
| Counsel to CaremarkPCS Health, L.L.C. and Zinc Health Services, L.L.C. | Foley & Lardner, LLP | Geoffrey S. Goodman | GGoodman@foley.com |
| Georgia Attorney General | Georgia Attorney General | Attn Bankruptcy Department | Agcarr@law.ga.gov |
| Counsel to the Official Committee of Unsecured Creditors | Goodwin Procter LLP | Howard S. Steel, Barry Z. Bazian, Stacy Dasaro and James Lathrop | hsteel@goodwinlaw.com; bbazian@goodwinlaw.com; sdasaro@goodwinlaw.com; jlathrop@goodwinlaw.com |
| Hawaii Attorney General | Hawaii Attorney General | Attn Bankruptcy Department | hawaiiag@hawaii.gov |
| Idaho Attorney General | Idaho Attorney General | Attn Bankruptcy Department | AGLabrador@ag.idaho.gov |
| Illinois Attorney General | Illinois Attorney General | Attn Bankruptcy Department | attorney_general@atg.state.il.us; michelle@lisamadigan.org |
| Indiana Attorney General | Indiana Attorney General | Attn Bankruptcy Department | info@atg.in.gov |
| IRS | Internal Revenue Service | Attn Susanne Larson | SBSE.Insolvency.Balt@irs.gov |
| Iowa Attorney General | Iowa Attorney General | Attn Bankruptcy Department | IDR.Bankruptcy@ag.iowa.gov |
| Counsel to Mayne Pharma Group Limited | K&L Gates LLP | A. Lee Hogewood III and John R. Gardner | a.lee.hogewoodIII@klgates.com; john.gardner@klgates.com |
| Counsel to Reedy Creek Investments LLC | K&L Gates LLP | Aaron S. Rothman | aaron.rothman@klgates.com |
| Counsel to Reedy Creek Investments LLC | K&L Gates LLP | Brandy A. Sargent | brandy.sargent@klgates.com |
| Counsel to Reedy Creek Investments LLC | K&L Gates LLP | Emily K. Steele | emily.steele@klgates.com |
| Counsel to Mayne Pharma Group Limited | K&L Gates LLP | Megan E. O'Connor | megan.oconnor@klgates.com |
| Counsel to Reedy Creek Investments LLC | K&L Gates LLP | Steven L. Caponi and Matthew B. Goeller | steven.caponi@klgates.com; matthew.goeller@klgates.com |
| Kentucky Attorney General | Kentucky Attorney General | Attn Bankruptcy Department | attorney.general@ag.ky.gov |
| Debtors' Proposed Debtor in Possession Financing Lenders / Ligand Pharmaceuticals, Incorporated | Ligand Pharmaceuticals, Incorporated | c/o Morgan Lewis and Bockius LLP | craig.wolfe@morganlewis.com; charlie.liu@morganlewis.com; Jason.alderson@morganlewis.com; David.shim@morganlewis.com |
| Louisiana Attorney General | Louisiana Attorney General | Attn Bankruptcy Department | Executive@ag.louisiana.gov; ConstituentServices@ag.louisiana.gov |
| Maine Attorney General | Maine Attorney General | Attn Bankruptcy Department | attorney.general@maine.gov |

Exhibit A
**Core/2002 Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel to Sato Pharmaceutical Co., Ltd. | Marshall Suzuki Law Group, LLP | Junji Suzuki | junji@marshallsuzuki.com |
| Maryland Attorney General | Maryland Attorney General | Attn Bankruptcy Department | oag@oag.state.md.us |
| Massachusetts Attorney General | Massachusetts Attorney General | Attn Bankruptcy Department | ago@state.ma.us |
| Michigan Attorney General | Michigan Attorney General | Attn Bankruptcy Department | miag@michigan.gov |
| Minnesota Attorney General | Minnesota Attorney General | Attn Bankruptcy Department | ag.replies@ag.state.mn.us |
| Missouri Attorney General | Missouri Attorney General | Attn Bankruptcy Department | attorney.general@ago.mo.gov |
| Montana Attorney General | Montana Attorney General | Attn Bankruptcy Department | contactocp@mt.gov |
| Counsel to Ligand Pharmaceuticals, Incorporated | Morgan, Lewis & Bockius LLP | Jody C. Barillare and Brian Loughnane | jody.barillare@morganlewis.com; brian.loughnane@morganlewis.com |
| Nebraska Attorney General | Nebraska Attorney General | Attn Bankruptcy Department | NEDOJ@nebraska.gov; Ago.info.help@nebraska.gov |
| Nevada Attorney General | Nevada Attorney General | Attn Bankruptcy Department | AgInfo@ag.nv.gov |
| New Hampshire Attorney General | New Hampshire Attorney General | Attn Bankruptcy Department | attorneygeneral@doj.nh.gov |
| New Jersey Attorney General | New Jersey Attorney General | Attn Bankruptcy Department | Heather.Anderson@law.njoag.gov; NJAG.ElectronicService.CivilMatters@law.njoag.gov |
| New York Attorney General | New York Attorney General | Attn Bankruptcy Department | Louis.Testa@ag.ny.gov; letitia.james@ag.ny.gov |
| North Carolina Attorney General | North Carolina Attorney General | Attn Bankruptcy Department | ncago@ncdoj.gov |
| North Dakota Attorney General | North Dakota Attorney General | Attn Bankruptcy Department | ndag@nd.gov |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Linda J. Casey | Linda.Casey@usdoj.gov |
| Ohio Attorney General | Ohio Attorney General | Attn Bankruptcy Department | Kristin.Radwanick@OhioAGO.gov |
| Oklahoma Attorney General | Oklahoma Attorney General | Attn Bankruptcy Department | ConsumerProtection@oag.ok.gov |
| Oregon Attorney General | Oregon Attorney General | Attn Bankruptcy Department | AttorneyGeneral@doj.state.or.us; Lisa.Udland@doj.state.or.us |
| Pennsylvania Attorney General | Pennsylvania Attorney General | Attn Bankruptcy Department | info@attorneygeneral.gov |
| Rhode Island Attorney General | Rhode Island Attorney General | Attn Bankruptcy Department | ag@riag.ri.gov |
| SEC Regional Office | Securities & Exchange Commission | NY Regional Office | bankruptcynoticeschr@sec.gov; nyrobankruptcy@sec.gov |
| SEC Regional Office | Securities & Exchange Commission | PA Regional Office | philadelphia@sec.gov |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | SECBankruptcy-OGC-ADO@SEC.GOV; secbankruptcy@sec.gov |
| Counsel to Emisar Pharma Services LLC and OptumRx, Inc. | Shipman & Goodwin LLP | Eric S. Goldstein | egoldstein@goodwin.com; bankruptcy@goodwin.com; bankruptcyparalegal@goodwin.com |
| South Carolina Attorney General | South Carolina Attorney General | Attn Bankruptcy Department | bankruptcy@scag.gov |
| South Dakota Attorney General | South Dakota Attorney General | Attn Bankruptcy Department | atghelp@state.sd.us |
| Counsel to Padagis Israel Pharmaceuticals Ltd. | Sullivan Hazeltine Allinson LLC | William A. Hazeltine | whazeltine@sha-llc.com |
| Tennessee Attorney General | Tennessee Attorney General | Attn Bankruptcy Department | agattorneys@ag.tn.gov |
| Texas Attorney General | Texas Attorney General | Attn Bankruptcy Department | bankruptcytax@oag.texas.gov; communications@oag.texas.gov |
| Tennessee Department of Revenue | TN Dept of Revenue | TN Attorney General's Office, Bankruptcy Division | AGBankDelaware@ag.tn.gov |
| Committee of Unsecured Creditors | Truveris, Inc. | Mr. Michael Facendola, COO | Michael.Facendola@truveris.com |
| US Attorney for District of Delaware | US Attorney for District of Delaware | US Attorney for Delaware | usade.ecfbankruptcy@usdoj.gov |
| Utah Attorney General | Utah Attorney General | Attn Bankruptcy Department | bankruptcy@agutah.gov |
| Vermont Attorney General | Vermont Attorney General | Attn Bankruptcy Department | ago.info@vermont.gov |
| Virginia Attorney General | Virginia Attorney General | Attn Bankruptcy Department | mailoag@oag.state.va.us |
| Counsel to Padagis Israel Pharmaceuticals Ltd | Warner Norcross Judd LLP | Gordon J. Toering | gtoering@wnj.com |
| West Virginia Attorney General | West Virginia Attorney General | Attn Bankruptcy Department | consumer@wvago.gov |
| Wisconsin Attorney General | Wisconsin Attorney General | Attn Bankruptcy Department | dojbankruptcynoticegroup@doj.state.wi.us |
| Counsel to the State of Wisconsin, Department of Health Services | Wisconsin Department of Justice | Michael D. Morris, Assistant Attorney General | morrismd@doj.state.wi.us |
| Counsel to the Official Committee of Unsecured Creditors | Womble Bond Dickinson (US) LLP | David M. Banker and Edward L. Schnitzer | david.banker@wbd-us.com; edward.schnitzer@wbd-us.com |
| Counsel to the Official Committee of Unsecured Creditors | Womble Bond Dickinson (US) LLP | Donald J. Detweiler and Elazar A. Kosman | don.detweiler@wbd-us.com; elazar.kosman@wbd-us.com |
| Wyoming Attorney General | Wyoming Attorney General | Attn Bankruptcy Department | judy.mitchell@wyo.gov |

# Exhibit B

**Exhibit B**
**Taxing Authorities Service List**
**Served via Electronic Mail**

| CreditorName | CreditorNoticeName | Email |
|---|---|---|
| Alabama Dept of Revenue | | mark.griffin@revenue.alabama.gov |
| Arkansas Dept of Finance & Administration | Administrative Services | oas@dfa.arkansas.gov |
| Arkansas Dept of Finance & Administration | Attn Revenue Legal Counsel | Alicia.Austin.Smith@dfa.arkansas.gov |
| Arkansas Dept of Finance & Administration | RLC Mailing Address | Alicia.Austin.Smith@dfa.arkansas.gov |
| California Department of Tax and Fee Administration | Account Information Group, MIC 29 | LegalSOB@cdtfa.ca.gov |
| California Department of Tax and Fee Administration | Collections Support Bureau Bankruptcy Team, MIC 74 | LegalSOB@cdtfa.ca.gov |
| California State Board of Equalization | | SacramentoInquiries@cdtfa.ca.gov |
| City of Durham North Carolina | Finance Department | Collections@durhamnc.gov; Treasurydiv@durhamnc.gov |
| Colorado Department of Revenue | Attn Bankruptcy Unit | DOR_TaxpayerService@state.co.us; DOR_TAC_Bankruptcy@state.co.us |
| Colorado Dept of Revenue | Attn Bankruptcy Unit | DOR_TaxpayerService@state.co.us; DOR_TAC_Bankruptcy@state.co.us |
| Commonwealth of KY Department of Revenue | Legal Support Branch - Bankruptcy | Michael.Hornback@ky.gov |
| Comptroller of Maryland | Baltimore Taxpayer Service | kstephens@marylandtaxes.gov |
| Comptroller of Maryland | Revenue Administration Center | taxhelp@comp.state.md.us |
| Comptroller of Maryland | | ombudsman@marylandtaxes.gov |
| Connecticut Department of Revenue Services | Department of Revenue Services | DRS@ct.gov |
| Durham County North Carolina | Attn Tax Administrator | tax_assessor@dconc.gov |
| Florida Dept of Revenue | Attn Bankruptcy Dept | emailDOR@floridarevenue.com; OGCBankruptcy@floridarevenue.com |
| Hawaii Dept of Taxation | Attn Bankruptcy Dept | Taxpayer.Services@hawaii.gov |
| Idaho State Tax Commission | | taxrep@tax.idaho.gov |
| Illinois Dept of Revenue | Bankruptcy Unit | rev.bankruptcy@illinois.gov |
| Illinois State Treasurer | | webmaster@illinoistreasurer.gov |
| Indiana Dept of Revenue | Bankruptcy Section | callen@dor.in.gov |
| Kansas Dept of Revenue | Scott State Office Building | KDOR_tac@ks.gov |
| Maine Revenue Services | | corporate.tax@maine.gov |
| Massachusetts Department of Revenue | | yeke@dor.state.ma.us |
| Mississippi Department of Revenue | Attn Bankruptcy Section | bankruptcy.oac.taxcom@dor.ms.gov |
| Missouri Dept of Revenue | | bankruptcy@dor.mo.gov |
| Montana Dept of Revenue | Attn Bankruptcy Dept | DORBankruptcy@mt.gov; TChenoweth@mt.gov; MGohn@mt.gov |
| Nebraska Dept of Revenue | Attn Bankruptcy Unit | Rev.BNC@nebraska.gov |
| Ohio Dept of Taxation | Attn Bankruptcy Division | rebecca_daum@tax.state.oh.us |
| Oklahoma Tax Commission | General Counsels Office | bankruptcy@tax.ok.gov |
| Oklahoma Tax Commission | Taxpayer Service Center | jgappa@tax.ok.gov |
| Oregon Dept of Revenue | Attn Bankruptcy Unit | questions.dor@oregon.gov |

**Exhibit B**
**Taxing Authorities Service List**
**Served via Electronic Mail**

| CreditorName | CreditorNoticeName | Email |
|---|---|---|
| PENNSYLVANIA DEPARTMENT OF REVENUE | BANKRUPTCY DIVISION | RA-RV-BET-HBG-TA-EM@pa.gov |
| Pennsylvania Dept of Revenue | Attn Compliance & Bankruptcy | RA-RV-BET-HBG-TA-EM@pa.gov |
| South Carolina Dept of Revenue | Corporate Tax | BANKRUPTCYCLAIMS@DOR.SC.GOV |
| South Dakota Dept of Revenue | Attn Bankruptcy Dept | bustax@state.sd.us; specialT@state.sd.us |
| STATE OF FLORIDA - DEPARTMENT OF REVENUE | General Counsel, Mark Hamilton | TSP_BANKRUPTCY@DOR.STATE.FL.US |
| State of Hawaii | Oahu Office | Taxpayer.Services@hawaii.gov |
| State of Michigan | Michigan Department of Treasury | MIStateTreasurer@michigan.gov |
| State of New Jersey | Division of Taxation | richard.flatch@treas.nj.gov |
| State of New Mexico Taxation & Revenue Department | | tom.russell@state.nm.us |
| Tennessee Dept of Revenue | | TDOR.Bankruptcy@tn.gov |
| Texas Comptroller of Public Accounts | | bankruptcysection@cpa.texas.gov |
| Utah Dept of Taxation | Attn Bankruptcy Section | taxmaster@utah.gov |
| Vermont Dept of Taxes | | tax.vttaxdept@vermont.gov |
| Virginia Department of Taxation | Virginia Tax | bankruptcy@taxva.com |
| Washington DC Office of Tax and Revenue | Bankruptcy Unit, Stephanie Jeterm Supervisory Revenue Officer | Stephanie.Jeter@dc.gov |
| West Virginia State Tax Dept | Attn Legal Division Bankruptcy Unit | cevans@tax.state.wv.us |
| West Virginia State Tax Dept | The Revenue Center | TaxHelp@WV.Gov |
| Wisconsin Department of Revenue | Special Procedures Unit | DORCompliance@wisconsin.gov |
| Wisconsin Department of Revenue | | DORIncome@wisconsin.gov |
| Wyoming Dept of Revenue | | dor_taxability@wyo.gov |

# Exhibit C

**Exhibit C**
**Secretaries of State Service List**
**Served via Electronic Mail**

| CreditorName | CreditorNoticeName | Email |
|---|---|---|
| Alaska Office of the Lt Governor | Attn Corporate Bankruptcy Dept | corporations@alaska.gov |
| Arizona Office of the Secretary of State | Attn Corporate Bankruptcy Dept | sosadmin@azsos.gov |
| Arkansas Secretary of State | Attn Corporate Bankruptcy Dept | info@sos.arkansas.gov |
| Colorado Secretary of State | Attn Corporate Bankruptcy Dept | secretary@sos.state.co.us |
| DC Office of the Secretary | Attn Corporate Bankruptcy Dept | secretary@dc.gov |
| Florida Secretary of State | Attn Corporate Bankruptcy Dept | secretaryofstate@dos.myflorida.com |
| Georgia Secretary of State | Attn Corporate Bankruptcy Dept | soscontact@sos.ga.gov |
| Hawaii Lt Governer | Attn Corporate Bankruptcy Dept | ltgov@hawaii.gov |
| Idaho Secretary of State | Attn Corporate Bankruptcy Dept | sosinfo@sos.idaho.gov |
| Indiana Secretary of State | Attn Corporate Bankruptcy Dept | sos@sos.in.gov |
| Iowa Secretary of State | Attn Corporate Bankruptcy Dept | sos@sos.iowa.gov |
| Kansas Secretary of State | Attn Corporate Bankruptcy Dept | sos@sos.ks.gov |
| Kentucky Secretary of State | Attn Corporate Bankruptcy Dept | sos.secretary@ky.gov |
| Louisiana Secretary of State | Attn Corporate Bankruptcy Dept | admin@sos.la.gov |
| Maine Secretary of State | Attn Corporate Bankruptcy Dept | sos.office@maine.gov |
| Maryland Secretary of State | Attn Corporate Bankruptcy Dept | dlmdsos_sos@Maryland.gov |
| Massachusetts Secretary of the Commonwealth | Attn Corporate Bankruptcy Dept | corpinfo@sec.state.ma.us |
| Michigan Secretary of State | Attn Corporate Bankruptcy Dept | secretary@michigan.gov |
| Minnesota Secretary of State | Attn Corporate Bankruptcy Dept | secretary.state@state.mn.us |
| Missouri Secretary of State | Attn Corporate Bankruptcy Dept | info@sos.mo.gov |
| Montana Secretary of State | Attn Corporate Bankruptcy Dept | sos@mt.gov |
| Nebraska Secretary of State | Attn Corporate Bankruptcy Dept | sos.info@nebraska.gov |
| Nevada Secretary of State | Attn Corporate Bankruptcy Dept | sosmail@sos.nv.gov |
| New Hampshire Secretary of State | Attn Corporate Bankruptcy Dept | corporate@sos.nh.gov |
| New Jersey Lt Governor | Attn Corporate Bankruptcy Dept | feedback.sos@sos.nj.gov |
| New Mexico Secretary of State | Attn Corporate Bankruptcy Dept | secretary.state@state.nm.us |
| New York Secretary of State | Attn Corporate Bankruptcy Dept | info@dos.ny.gov |
| North Carolina Secretary of State | Attn Corporate Bankruptcy Dept | corpinfo@sosnc.gov |
| North Dakota Secretary of State | Attn Corporate Bankruptcy Dept | sos@nd.gov |
| Oklahoma Secretary of State | Attn Corporate Bankruptcy Dept | executivelegislative@sos.ok.gov |
| Oregon Secretary of State | Attn Corporate Bankruptcy Dept | oregon.sos@oregon.gov |
| Pennsylvania Secretary of State | Attn Corporate Bankruptcy Dept | ST-PRESS@pa.gov |
| Rhode Island Secretary of State | Attn Corporate Bankruptcy Dept | corporations@sos.ri.gov |
| South Dakota Secretary of State | Attn Corporate Bankruptcy Dept | sdsos@state.sd.us |
| Texas Secretary of State | Attn Corporate Bankruptcy Dept | secretary@sos.texas.gov |
| Utah Secretary of State | Attn Corporate Bankruptcy Dept | corpucc@utah.gov |
| Vermont Secretary of State | Attn Corporate Bankruptcy Dept | secretary@vermont.gov |
| Washington Secretary of State | Attn Corporate Bankruptcy Dept | secretaryofstate@sos.wa.gov |
| West Virginia Secretary of State | Attn Corporate Bankruptcy Dept | wvsos@wvsos.com |
| Wisconsin Secretary of State | Attn Corporate Bankruptcy Dept | statesec@wi.gov |
| Wyoming Secretary of State | Attn Corporate Bankruptcy Dept | secofstate@wyo.gov |

# Exhibit D

**Exhibit D**
**Objecting and Responding Parties Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel to Aclaris Therapeutics, Inc. | Aclaris Therapeutics, Inc. | DLA Piper LLP (US) - Aaron Applebaum and Matthew S. Sarna | aaron.applebaum@us.dlapiper.com; matthew.sarna@us.dlapiper.com |
| Counsel to Aclaris Therapeutics, Inc. | Aclaris Therapeutics, Inc. | DLA Piper LLP (US) - Dennis Odonnell | dennis.odonnell@us.dlapiper.com |
| Counsel to Allergan, Inc. and Allergan Sales, LLC | Allergan, Inc. and Allergan Sales, LLC | Landis Rath & Cobb LLP - Adam G. Landis, Kimberly A. Brown and Nicolas E. Jenner | landis@lrclaw.com; jenner@lrclaw.com; brown@lrclaw.com |
| Responding Party | Heinkel Filtering Systems, Inc | Alan Ferraro, President | info@HEINKELusa.com |
| US Attorney for District of Delaware | US Attorney for District of Delaware | Ellen W. Slights, Assistant United States Attorney | Ellen.Slights@usdoj.gov |

# Exhibit E

Exhibit E
Core/2002 Service List
Served via First Class Mail

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| Committee of Unsecured Creditors | Aclaris Therapeutics, Inc. | Mr. James Loerop, Chief Business Officer | 640 Lee Road, Suite 200 | | | Wayne | PA | 19087 |
| Alabama Attorney General | Alabama Attorney General | Attn Bankruptcy Department | 501 Washington Ave | PO Box 300152 | | Montgomery | AL | 36104-0152 |
| Alaska Attorney General | Alaska Attorney General | Attn Bankruptcy Department | 1031 West 4th Avenue, Suite 200 | | | Anchorage | AK | 99501-1994 |
| Arizona Attorney General | Arizona Attorney General | Attn Bankruptcy Department | 2005 N Central Ave | | | Phoenix | AZ | 85004-2926 |
| Arizona Attorney General's Office - CSS | Arizona Attorney General's Office - CSS | Attn Bankruptcy Department | PO Box 6123 | MD 7611 | | Phoenix | AZ | 85005-6123 |
| Arkansas Attorney General | Arkansas Attorney General | Attn Bankruptcy Department | 323 Center St. Ste 200 | | | Little Rock | AR | 72201-2610 |
| California Attorney General | California Attorney General | Attn Bankruptcy Department | 1300 I St., Ste. 1740 | | | Sacramento | CA | 95814-2919 |
| Colorado Attorney General | Colorado Attorney General | Attn Bankruptcy Department | Ralph L Carr Colorado Judicial Building | 1300 Broadway, 10th Fl | | Denver | CO | 80203 |
| Connecticut Attorney General | Connecticut Attorney General | Attn Bankruptcy Department | 165 Capitol Avenue | | | Hartford | CT | 06106 |
| Delaware Attorney General | Delaware Attorney General | Attn Bankruptcy Department | Carvel State Office Bldg. | 820 N. French St. | | Wilmington | DE | 19801 |
| Delaware State AG and DOJ | Delaware Dept of Justice | Attorney General | Attn Bankruptcy Department | Carvel State Building | 820 N French St | Wilmington | DE | 19801 |
| DE Secretary of State | Delaware Secretary of State | Division of Corporations | Franchise Tax | PO Box 898 | | Dover | DE | 19903 |
| DE State Treasury | Delaware State Treasury | | 820 Silver Lake Blvd., Suite 100 | | | Dover | DE | 19904 |
| District of Columbia Attorney General | District of Columbia Attorney General | Attn Bankruptcy Department | 400 6th Street NW | | | Washington | DC | 20001 |
| Committee of Unsecured Creditors | Dr. Reddy's Laboratories, Inc. | Scott C. Hollander, Esq., Assistant General Counsel | 107 College Road East | | | Princeton | NJ | 08540 |
| Florida Attorney General | Florida Attorney General | Attn Bankruptcy Department | PL-01 The Capitol | | | Tallahassee | FL | 32399-1050 |
| Counsel to CaremarkPCS Health, L.L.C. and Zinc Health Services, L.L.C. | Foley & Lardner, LLP | Geoffrey S. Goodman | 321 N. Clark St., Ste. 3000 | | | Chicago | IL | 60654-4762 |
| Georgia Attorney General | Georgia Attorney General | Attn Bankruptcy Department | 40 Capital Square, SW | | | Atlanta | GA | 30334-1300 |
| Counsel to the Official Committee of Unsecured Creditors | Goodwin Procter LLP | Stacy Dasaro | The New York Times Building | 620 Eighth Avenue | | New York | NY | 10018 |
| Hawaii Attorney General | Hawaii Attorney General | Attn Bankruptcy Department | 425 Queen Street | | | Honolulu | HI | 96813 |
| Idaho Attorney General | Idaho Attorney General | Attn Bankruptcy Department | 700 W. Jefferson Street Suite 210 | PO Box 83720 | | Boise | ID | 83720-0010 |
| Illinois Attorney General | Illinois Attorney General | Attn Bankruptcy Department | James R. Thompson Ctr | 100 W. Randolph St. | | Chicago | IL | 60601 |
| Indiana Attorney General | Indiana Attorney General | Attn Bankruptcy Department | Indiana Govt Center South | 302 West Washington St 5th Fl | | Indianapolis | IN | 46204 |
| IRS | Internal Revenue Service | Attn Susanne Larson | 31 Hopkins Plz Rm 1150 | | | Baltimore | MD | 21201 |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | | Philadelphia | PA | 19101-7346 |
| Iowa Attorney General | Iowa Attorney General | Attn Bankruptcy Department | Hoover State Office Bldg | 1305 E. Walnut Street | | Des Moines | IA | 50319 |
| Counsel to Mayne Pharma Group Limited | K&L Gates LLP | A. Lee Hogewood III and John R. Gardner | 301 Hillsborough St. | Suite 1200 | | Raleigh | NC | 27603 |
| Counsel to Reedy Creek Investments LLC | K&L Gates LLP | Aaron S. Rothman | 300 South Tryon Street | Suite 1000 | | Charlotte | NC | 28202 |
| Counsel to Reedy Creek Investments LLC | K&L Gates LLP | Steven L. Caponi and Matthew B. Goeller | 600 N. King St. | Suite 901 | | Wilmington | DE | 19801 |
| Kansas Attorney General | Kansas Attorney General | Attn Bankruptcy Department | 120 SW 10th Ave., 2nd Fl | | | Topeka | KS | 66612-1597 |
| Kentucky Attorney General | Kentucky Attorney General | Attn Bankruptcy Department | 700 Capitol Avenue | Capitol Building, Suite 118 | | Frankfort | KY | 40601-3449 |

In re Novan, Inc., et al.
Case No. 23-10937 (LSS)

Page 1 of 3

Exhibit E
Core/2002 Service List
Served via First Class Mail

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| Debtors' Proposed Debtor in Possession Financing Lenders / Ligand Pharmaceuticals, Incorporated | Ligand Pharmaceuticals, Incorporated | c/o Morgan Lewis and Bockius LLP | Craig A. Wolfe, Jason R. Alderson, T. Charlie Liu and David K. Shim | 101 Park Ave. | | New York | NY | 10178 |
| Louisiana Attorney General | Louisiana Attorney General | Attn Bankruptcy Department | PO Box Box 94005 | | | Baton Rouge | LA | 70804 |
| Maine Attorney General | Maine Attorney General | Attn Bankruptcy Department | 6 State House Station | | | Augusta | ME | 04333 |
| Maryland Attorney General | Maryland Attorney General | Attn Bankruptcy Department | 200 St. Paul Place | | | Baltimore | MD | 21202-2202 |
| Massachusetts Attorney General | Massachusetts Attorney General | Attn Bankruptcy Department | One Ashburton Place | 20th Floor | | Boston | MA | 02108-1518 |
| Michigan Attorney General | Michigan Attorney General | Attn Bankruptcy Department | G. Mennen Williams Building | 525 W. Ottawa St. | P.O. Box 30212 | Lansing | MI | 48909 |
| Minnesota Attorney General | Minnesota Attorney General | Attn Bankruptcy Department | 445 Minnesota St Suite 1400 | | | St Paul | MN | 55101-2131 |
| Mississippi Attorney General | Mississippi Attorney General | Attn Bankruptcy Department | Walter Sillers Building | 550 High St Ste 1200 | | Jackson | MS | 39201 |
| Missouri Attorney General | Missouri Attorney General | Attn Bankruptcy Department | Supreme Court Bldg | 207 W. High St. | P.O. Box 899 | Jefferson City | MO | 65101 |
| Montana Attorney General | Montana Attorney General | Attn Bankruptcy Department | Justice Bldg | 215 N. Sanders 3rd Fl | PO Box 201401 | Helena | MT | 59620-1401 |
| Nebraska Attorney General | Nebraska Attorney General | Attn Bankruptcy Department | 2115 State Capitol | P.O. Box 98920 | | Lincoln | NE | 68509 |
| Nevada Attorney General | Nevada Attorney General | Attn Bankruptcy Department | Old Supreme Ct. Bldg. | 100 N. Carson St | | Carson City | NV | 89701 |
| New Hampshire Attorney General | New Hampshire Attorney General | Attn Bankruptcy Department | 33 Capitol St. | | | Concord | NH | 03301 |
| New Jersey Attorney General | New Jersey Attorney General | Attn Bankruptcy Department | Richard J. Hughes Justice Complex | 25 Market St | PO Box 080 | Trenton | NJ | 08625-0080 |
| New Mexico Attorney General | New Mexico Attorney General | Attn Bankruptcy Department | 408 Galisteo St | Villagra Building | | Santa Fe | NM | 87501 |
| New York Attorney General | New York Attorney General | Attn Bankruptcy Department | Office of the Attorney General | The Capitol, 2nd Fl. | | Albany | NY | 12224-0341 |
| North Carolina Attorney General | North Carolina Attorney General | Attn Bankruptcy Department | 9001 Mail Service Center | | | Raleigh | NC | 27699-9001 |
| North Dakota Attorney General | North Dakota Attorney General | Attn Bankruptcy Department | 600 E. Boulevard Ave. | Dept 125 | | Bismarck | ND | 58505-0040 |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Linda J. Casey | 844 King St Ste 2207 | Lockbox 35 | | Wilmington | DE | 19801 |
| Ohio Attorney General | Ohio Attorney General | Attn Bankruptcy Department | 50 E. Broad Street 17th Fl | | | Columbus | OH | 43215 |
| Oklahoma Attorney General | Oklahoma Attorney General | Attn Bankruptcy Department | 313 NE 21st St | | | Oklahoma City | OK | 73105 |
| Oregon Attorney General | Oregon Attorney General | Attn Bankruptcy Department | 1162 Court St. NE | | | Salem | OR | 97301-4096 |
| Pennsylvania Attorney General | Pennsylvania Attorney General | Attn Bankruptcy Department | 16th Floor, Strawberry Square | | | Harrisburg | PA | 17120 |
| Rhode Island Attorney General | Rhode Island Attorney General | Attn Bankruptcy Department | 150 S. Main St. | | | Providence | RI | 02903 |
| SEC Regional Office | Securities & Exchange Commission | NY Regional Office | Regional Director | 100 Pearl St., Suite 20-100 | | New York | NY | 10004-2616 |
| SEC Regional Office | Securities & Exchange Commission | PA Regional Office | Regional Director | One Penn Center | 1617 JFK Boulevard Ste 520 | Philadelphia | PA | 19103 |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | 100 F St NE | | | Washington | DC | 20549 |
| South Carolina Attorney General | South Carolina Attorney General | Attn Bankruptcy Department | P.O. Box 11549 | | | Columbia | SC | 29211 |
| South Dakota Attorney General | South Dakota Attorney General | Attn Bankruptcy Department | 1302 East Highway 14 | Suite 1 | | Pierre | SD | 57501-8501 |
| Tennessee Attorney General | Tennessee Attorney General | Attn Bankruptcy Department | P.O. Box 20207 | | | Nashville | TN | 37202-0207 |
| Texas Attorney General | Texas Attorney General | Attn Bankruptcy Department | 300 W. 15th St | | | Austin | TX | 78701 |
| Tennessee Department of Revenue | TN Dept of Revenue | TN Attorney General's Office, Bankruptcy Division | Laura L. McCloud | PO Box 20207 | | Nashville | TN | 37202-0207 |
| Committee of Unsecured Creditors | Truveris, Inc. | Mr. Michael Facendola, COO | 3 Beaver Valley Road, Suite 103 | | | Wilmington | DE | 19803 |
| US Attorney for District of Delaware | US Attorney for District of Delaware | US Attorney for Delaware | 1313 N Market Street | Hercules Building | | Wilmington | DE | 19801 |

In re Novan, Inc., et al.
Case No. 23-10937 (LSS)

Page 2 of 3

**Exhibit E**
**Core/2002 Service List**
**Served via First Class Mail**

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| Utah Attorney General | Utah Attorney General | Attn Bankruptcy Department | Utah State Capitol Complex | 350 North State Street, Suite 230 | | Salt Lake City | UT | 84114-2320 |
| Vermont Attorney General | Vermont Attorney General | Attn Bankruptcy Department | 109 State St. | | | Montpelier | VT | 05609-1001 |
| Virginia Attorney General | Virginia Attorney General | Attn Bankruptcy Department | 202 North Ninth St | | | Richmond | VA | 23219 |
| Washington Attorney General | Washington Attorney General | Attn Bankruptcy Department | 1125 Washington St SE | PO Box 40100 | | Olympia | WA | 98504-0100 |
| West Virginia Attorney General | West Virginia Attorney General | Attn Bankruptcy Department | State Capitol Bldg 1 Rm E-26 | 1900 Kanawha Blvd., East | | Charleston | WV | 25305 |
| Wisconsin Attorney General | Wisconsin Attorney General | Attn Bankruptcy Department | Wisconsin Dept. of Justice | 114 East, State Capitol | PO Box 7857 | Madison | WI | 53707-7857 |
| Counsel to the State of Wisconsin, Department of Health Services | Wisconsin Department of Justice | Michael D. Morris, Assistant Attorney General | Post Office Box 7857 | | | Madison | WI | 53707-7857 |
| Wyoming Attorney General | Wyoming Attorney General | Attn Bankruptcy Department | 109 State Capitol | | | Cheyenne | WY | 82002 |

In re Novan, Inc., et al.
Case No. 23-10937 (LSS)

Page 3 of 3

# Exhibit F

**Exhibit F**
**Taxing Authorities Service List**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Alabama Dept of Revenue | | 50 North Ripley St | | | Montgomery | AL | 36104 |
| Alaska Dept of Revenue | | PO Box 110400 | | | Juneau | AK | 99811-0400 |
| Arizona Dept of Revenue | | 1600 West Monroe St | | | Phoenix | AZ | 85007 |
| Arkansas Dept of Finance & Administration | Administrative Services | 1515 W 7th St, Ste 700 | | | Little Rock | AR | 72201 |
| Arkansas Dept of Finance & Administration | Attn Revenue Legal Counsel | Ledbetter Building | 1816 W 7th St, Room 2380 | | Little Rock | AR | 72201 |
| Arkansas Dept of Finance & Administration | RLC Mailing Address | PO Box 1272 | | | Little Rock | AR | 72203-1272 |
| Arkansas Dept of Finance & Administration | | 1509 West 7th St | | | Little Rock | AR | 72201 |
| Attorney General of the State of Ohio | Ohio Attorney General Dave Yost | 30 E. Broad St., 14th Floor | | | Columbus | OH | 43215 |
| CA Franchise Tax Board | Business Entity Bankruptcy MS A345 | PO Box 2952 | | | Sacramento | CA | 95812-2952 |
| CA Franchise Tax Board | Legal Division | PO Box 1720 | | | Rancho Cordova | CA | 95741-1720 |
| California Department of Tax and Fee Administration | Account Information Group, MIC 29 | PO Box 942879 | | | Sacramento | CA | 94279-0029 |
| California Department of Tax and Fee Administration | Collections Support Bureau Bankruptcy Team, MIC 74 | PO Box 942879 | | | Sacramento | CA | 94279-0074 |
| California State Board of Equalization | Legal Department, MIC 121 | 450 N St. | P.O. Box 942879 | | Sacramento | CA | 94279-0029 |
| California State Board of Equalization | | 3321 Power Inn Road, Suite 210 | | | Sacramento | CA | 95826 |
| City of Durham North Carolina | Finance Department | 101 City Hall Plaza | | | Durham | NC | 27701 |
| Colorado Department of Revenue | Attn Bankruptcy Unit | PO Box 17087 | | | Denver | CO | 80217-0087 |
| Colorado Dept of Revenue | Attn Bankruptcy Unit | 1881 Pierce St. | Entrance B | | Lakewood | CO | 80214 |
| Commonwealth of KY Department of Revenue | Legal Support Branch - Bankruptcy | PO Box 5222 | | | Frankfort | KY | 40602 |
| Comptroller of Maryland | Baltimore Taxpayer Service | State Office Bldg. | 301 W. Preston Street Room 409 | | Baltimore | MD | 21201-2373 |
| Comptroller of Maryland | Revenue Administration Center | Taxpayer Service Center | 110 Carroll St | | Annapolis | MD | 21411-0001 |
| Comptroller of Maryland | | 80 Calvert St | PO Box 466 | | Annapolis | MD | 21404-0466 |
| Connecticut Department of Revenue Services | Department of Revenue Services | 450 Columbus Blvd., Ste 1 | | | Hartford | CT | 06103 |

**Exhibit F**
**Taxing Authorities Service List**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Delaware Division of Revenue Bankruptcy Service | Division of Revenue/Bankruptcy Services | 820 N French St 8th Floor | Carvel State Building | | Wilmington | DE | 19801 |
| Delaware Secretary of State | Attn Corporate Bankruptcy Dept | 820 N. French St. | 4th Floor | | Wilmington | DE | 19801 |
| Department of the Treasury - Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | | Philadelphia | PA | 19101-7346 |
| Department of the Treasury - Internal Revenue Service | | George Hyde (G. H.) Fallon Federal Building | 31 Hopkins Plaza | | Baltimore | MD | 21201 |
| Department of the Treasury, Internal Revenue Service | | 1500 Pennsylvania Avenue, NW | | | Washington | DC | 20220 |
| Durham County North Carolina | Attn Tax Administrator | 201 East Main Street 3rd Floor | Administration Bldg. II | | Durham | NC | 27701 |
| Florida Dept of Revenue | Attn Bankruptcy Dept | 5050 West Tennessee St | | | Tallahassee | FL | 32399-0112 |
| Georgia Dept of Revenue | Compliance Division - Central Collection Section | 1800 Century Blvd NE, Suite 9100 | | | Atlanta | GA | 30345-3202 |
| Hawaii Dept of Taxation | Attn Bankruptcy Dept | PO Box 259 | | | Honolulu | HI | 96809-0259 |
| Idaho State Tax Commission | Attn Compliance Division | PO Box 36 | | | Boise | ID | 83722-0036 |
| Idaho State Tax Commission | | 11321 W Chinden Blvd Bldg 2 | | | Boise | ID | 83714 |
| Illinois Dept of Revenue | Bankruptcy Unit | PO Box 19035 | | | Springfield | IL | 62794-9035 |
| Illinois Secretary of State | Jesse White | 213 State Capitol | | | Springfield | IL | 62756 |
| Illinois State Treasurer | | 555 W. Monroe Street, 14th Floor | | | Chicago | IL | 60661 |
| Indiana Dept of Revenue | Bankruptcy Section | 100 North Senate Avenue, MS 108 | | | Indianapolis | IN | 46204 |
| Iowa Department of Revenue | | Hoover State Office Building | 1305 E Walnut | | Des Moines | IA | 50319 |
| Iowa Dept of Revenue and Finance | Attn Bankruptcy Unit | PO Box 10330 | | | Des Moines | IA | 50306-0330 |
| Kansas Dept of Revenue | Scott State Office Building | 120 SE 10th Avenue | | | Topeka | KS | 66612-1103 |
| Kentucky Dept of Revenue | | 501 High St | | | Frankfort | KY | 40601 |
| Louisiana Dept of Revenue | | 617 North Third St | | | Baton Rouge | LA | 70802 |
| Maine Revenue Services | | PO Box 1060 | | | Augusta | ME | 04332-1060 |
| Massachusetts Department of Revenue | | 100 Cambridge St., 2nd Floor | | | Boston | MA | 02114 |
| Massachusetts Department of Revenue | | PO Box 7090 | | | Boston | MA | 02204-7090 |

In re Novan, Inc., et al.
Case No. 23-10937 (LSS)

Page 2 of 5

**Exhibit F**
**Taxing Authorities Service List**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Michigan Dept of Treasury | Attn Litigation Liaison | Tax Policy Division | 2nd Floor, Austin Building | 430 West Allegan Street | Lansing | MI | 48922 |
| Michigan Dept of Treasury | Collection/Bankruptcy Unit | P.O. Box 30168 | | | Lansing | MI | 48909 |
| Michigan Dept of Treasury | Office of Collections | 430 W. Allegan Street | P.O. Box 30199 | | Lansing | MI | 48909 |
| Minnesota Dept of Revenue | | 600 North Robert Street | | | St. Paul | MN | 55101 |
| Mississippi Department of Revenue | Attn Bankruptcy Dept | 500 Clinton Center Drive | | | Clinton | MS | 39056 |
| Mississippi Department of Revenue | Attn Bankruptcy Section | PO Box 22808 | | | Jackson | MS | 39225-2808 |
| Missouri Department of Revenue | | 301 West High Street | Harry S Truman State Office Building | | Jefferson City | MO | 65101 |
| Missouri Dept of Revenue | | 301 West High Street | Harry S Truman State Office Building | | Jefferson City | MO | 65101 |
| Montana Dept of Revenue | Attn Bankruptcy Dept | Tammie Chenoweth & Marci Ballard Gohn | 125 N. Roberts | P.O. Box 5805 | Helena | MT | 59604-5805 |
| Nebraska Dept of Revenue | Attn Bankruptcy Unit | Nebraska State Office Building | 301 Centennial Mall South | | Lincoln | NE | 68508 |
| Nebraska Dept of Revenue | Attn Bankruptcy Unit | PO Box 94818 | | | Lincoln | NE | 68509-4818 |
| Nevada Dept of Taxation | Attn Bankruptcy Dept | 1550 College Pkwy Ste 115 | | | Carson City | NV | 89706 |
| Nevada Dept of Taxation | Attn Bankruptcy Dept | 700 E. Warm Springs Rd. 2nd Floor | | | Las Vegas | NV | 89119 |
| NEW HAMPSHIRE DEPARTMENT OF REVENUE ADMINISTRATION | ATTN LEGAL BUREAU | 109 Pleasant St. (Medical & Surgical Building) | Governor Hugh Gallen State Office Park | | Concord | NH | 03301 |
| New York State Dept of Taxation and Finance | Attn Office of Counsel | Building 9 | WA Harriman Campus | | Albany | NY | 12227 |
| New York State Dept of Taxation and Finance | Bankruptcy Section | PO Box 5300 | | | Albany | NY | 12205-0300 |
| North Carolina Dept of Revenue | Attention Bankruptcy Unit | Post Office Box 1168 | | | Raleigh | NC | 27602-1168 |
| North Carolina Dept of Revenue | Attn Bankruptcy Dept | PO Box 25000 | | | Raleigh | NC | 27640-0640 |
| Office of State Tax Commissioner | | 600 E Boulevard Ave, Dept 127 | | | Bismarck | ND | 58505-0599 |
| Ohio Dept of Taxation | Attn Bankruptcy Division | 4485 Northland Ridge Blvd. | | | Columbus | OH | 43229 |

**Exhibit F**

**Taxing Authorities Service List**

**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Ohio Dept of Taxation | Jeff McClain, Tax Commissioner | 4485 Northland Ridge Blvd. | Tax Commissioners Office | | Columbus | OH | 43229 |
| Oklahoma Tax Commission | General Counsels Office | Oklahoma Tax Commission | | | Oklahoma City | OK | 73194 |
| Oklahoma Tax Commission | Taxpayer Service Center | 300 N Broadway Ave. | | | Oklahoma City | OK | 73102 |
| Oregon Dept of Revenue | Attn Bankruptcy Unit | 955 Center St NE | | | Salem | OR | 97301-2555 |
| PENNSYLVANIA DEPARTMENT OF REVENUE | BANKRUPTCY DIVISION | Strawberry Square Lobby | | | Harrisburg | PA | 17128-0101 |
| Pennsylvania Dept of Revenue | Attn Compliance & Bankruptcy | Strawberry Square Lobby | | | Harrisburg | PA | 17128-0101 |
| Rhode Island Division of Taxation | | One Capitol Hill | | | Providence | RI | 02908 |
| South Carolina Dept of Revenue | Corporate Tax | PO Box 125 | | | Columbia | SC | 29214-0400 |
| South Carolina Dept of Revenue | | 300A Outlet Pointe Blvd | | | Columbia | SC | 29210 |
| South Dakota Dept of Revenue | Attn Bankruptcy Dept | 445 E Capitol Ave | | | Pierre | SD | 57501-3185 |
| STATE OF FLORIDA - DEPARTMENT OF REVENUE | General Counsel, Mark Hamilton | PO BOX 6668 | | | Tallahassee | FL | 32314-6668 |
| State of Hawaii | Oahu Office | 830 Punchbowl Street | Princess Ruth Keelikolani Building | | Honolulu | HI | 96813 |
| State of Louisiana | | 617 North Third St | | | Baton Rouge | LA | 70802 |
| State of Michigan | Michigan Department of Treasury | | | | Lansing | MI | 48922 |
| State of New Jersey | Department of the Treasury | P.O. Box 002 | | | Trenton | NJ | 08625-0002 |
| State of New Jersey | Division of Taxation | Bankruptcy Unit | 3 John Fitch Way | PO Box 245 | Trenton | NJ | 08695-0245 |
| State of New Mexico Taxation & Revenue Department | | 10500 Copper Ave NE Suite C | | | Albuquerque | NM | 87123 |
| Tennessee Dept of Revenue | c/o Tennessee Attorney Generals Office | Bankruptcy Division | PO Box 20207 | | Nashville | TN | 37202-0207 |
| Tennessee Dept of Revenue | | Andrew Jackson State Office Building | 500 Deaderick St | | Nashville | TN | 37242 |
| Texas Comptroller of Public Accounts | Attn Bankruptcy Section | Lyndon B Johnson State Office Building | 111 East 17th St | | Austin | TX | 78774 |
| Texas Comptroller of Public Accounts | | PO Box 13528, Capitol Station | | | Austin | TX | 78711-3528 |
| Utah Dept of Taxation | Attn Bankruptcy Section | 210 North 1950 West | | | Salt Lake City | UT | 84134 |
| Vermont Dept of Taxes | | 133 State St | | | Montpelier | VT | 05633-1401 |
| Virginia Department of Taxation | Virginia Tax | 1957 Westmoreland St | | | Richmond | VA | 23230 |

In re Novan, Inc., et al.
Case No. 23-10937 (LSS)

Page 4 of 5

**Exhibit F**
**Taxing Authorities Service List**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Virginia Department of Taxation | Virginia Tax | PO Box 1115 | | | Richmond | VA | 23218-1115 |
| Washington DC Office of Tax and Revenue | Bankruptcy Unit, Stephanie Jeterm Supervisory Revenue Officer | 1101 4th Street SW | | | Washington | DC | 20024 |
| Washington Dept of Revenue | Attn Bankruptcy Unit | 2101 4th Ave, Suite 1400 | | | Seattle | WA | 98121 |
| West Virginia State Tax Dept | Attn Legal Division Bankruptcy Unit | PO Box 766 | | | Charleston | WV | 25323-0766 |
| West Virginia State Tax Dept | The Revenue Center | 1001 Lee St. E. | | | Charleston | WV | 25301 |
| Wisconsin Department of Revenue | Special Procedures Unit | PO Box 8901 | | | Madison | WI | 53708-8901 |
| Wisconsin Department of Revenue | | PO Box 8906 | | | Madison | WI | 53708-8906 |
| Wisconsin Dept of Revenue | | 2135 Rimrock Rd | | | Madison | WI | 53713 |
| Wyoming Dept of Revenue | | 122 West 25th Street, Suite E301 | Herschler Building East | | Cheyenne | WY | 82002 |

# Exhibit G

**Exhibit G**
**Secretaries of State Service List**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Alabama Secretary of State | Attn Corporate Bankruptcy Dept | 600 Dexter Avenue | State Capitol Building Ste S-105 | Montgomery | AL | 36130 |
| Alaska Office of the Lt Governor | Attn Corporate Bankruptcy Dept | PO Box 110015 | | Juneau | AK | 99811 |
| Arizona Office of the Secretary of State | Attn Corporate Bankruptcy Dept | 1700 W Washington St Fl 7 | | Phoenix | AZ | 85007-2808 |
| Arkansas Secretary of State | Attn Corporate Bankruptcy Dept | 500 Woodlane Avenue | Executive Office State Capitol, Suite 256 | Little Rock | AR | 72201 |
| California Secretary of State | Attn Corporate Bankruptcy Dept | 1500 11th Street | | Sacramento | CA | 95814 |
| Colorado Secretary of State | Attn Corporate Bankruptcy Dept | 1700 Broadway, Suite 550 | | Denver | CO | 80290 |
| Connecticut Secretary of State | Attn Corporate Bankruptcy Dept | Attn Capitol Office | PO Box 150470 | Hartford | CT | 06115-0470 |
| DC Office of the Secretary | Attn Corporate Bankruptcy Dept | 1350 Pennsylvania Ave NW Ste 419 | | Washington | DC | 20004 |
| Delaware Secretary of State | Attn Corporate Bankruptcy Dept | 820 N. French St. | 4th Floor | Wilmington | DE | 19801 |
| Florida Secretary of State | Attn Corporate Bankruptcy Dept | PO Box 6327 | | Tallahassee | FL | 32314 |
| Georgia Secretary of State | Attn Corporate Bankruptcy Dept | 2 MLK Jr. Dr. S.E. | Floyd W. Tower Suite 814 | Atlanta | GA | 30334 |
| Hawaii Lt Governer | Attn Corporate Bankruptcy Dept | 415 S Beretania St | | Honolulu | HI | 96813 |
| Idaho Secretary of State | Attn Corporate Bankruptcy Dept | PO Box 83720 | | Boise | ID | 83702 |
| Illinois Secretary of State | Attn Corporate Bankruptcy Dept | 213 State Capitol | | Springfield | IL | 62756 |
| Indiana Secretary of State | Attn Corporate Bankruptcy Dept | 200 W Washington St Room 201 | | Indianapolis | IN | 46204 |
| Iowa Secretary of State | Attn Corporate Bankruptcy Dept | 321 E 12th St | First Floor Lucas Building | Des Moines | IA | 50319 |
| Kansas Secretary of State | Attn Corporate Bankruptcy Dept | 120 SW 10th Avenue | Memorial Hall 1st Floor | Topeka | KS | 66612-1594 |
| Kentucky Secretary of State | Attn Corporate Bankruptcy Dept | 700 Capitol Avenue Suite 152 | | Frankfort | KY | 40601 |
| Louisiana Secretary of State | Attn Corporate Bankruptcy Dept | PO Box 94125 | | Baton Rouge | LA | 70804-9125 |
| Maine Secretary of State | Attn Corporate Bankruptcy Dept | 148 State House Station | | Augusta | ME | 04333-0148 |
| Maryland Secretary of State | Attn Corporate Bankruptcy Dept | 16 Francis St | | Annapolis | MD | 21401 |
| Massachusetts Secretary of the Commonwealth | Attn Corporate Bankruptcy Dept | One Ashburton Place 17th Floor | McCormack Building | Boston | MA | 02108 |
| Michigan Secretary of State | Attn Corporate Bankruptcy Dept | 430 West Allegan St | Richard H. Austin Building - 4th Floor | Lansing | MI | 48918 |

**Exhibit G**
**Secretaries of State Service List**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Minnesota Secretary of State | Attn Corporate Bankruptcy Dept | 180 State Office Building | 100 Rev Dr Martin Luther King Jr Blvd | St Paul | MN | 55155-1299 |
| Mississippi Secretary of State | Attn Corporate Bankruptcy Dept | 401 Mississippi St | | Jackson | MS | 39201 |
| Missouri Secretary of State | Attn Corporate Bankruptcy Dept | 600 West Main Street | | Jefferson City | MO | 65101 |
| Montana Secretary of State | Attn Corporate Bankruptcy Dept | Montana Capitol | PO Box 202801 | Helena | MT | 59620-2801 |
| Nebraska Secretary of State | Attn Corporate Bankruptcy Dept | PO Box 94608 | | Lincoln | NE | 68509-4608 |
| Nevada Secretary of State | Attn Corporate Bankruptcy Dept | 101 North Carson St Ste 3 | Nevada State Capitol Building | Carson City | NV | 89701 |
| New Hampshire Secretary of State | Attn Corporate Bankruptcy Dept | NH Department of State | 107 North Main Street | Concord | NH | 03301-4989 |
| New Jersey Lt Governor | Attn Corporate Bankruptcy Dept | PO Box 300 | | Trenton | NJ | 08625 |
| New Mexico Secretary of State | Attn Corporate Bankruptcy Dept | 325 Don Gaspar Suite 300 | New Mexico Capitol Annex North | Santa Fe | NM | 87501 |
| New York Secretary of State | Attn Corporate Bankruptcy Dept | One Commerce Plaza | 99 Washington Ave | Albany | NY | 12231-0001 |
| North Carolina Secretary of State | Attn Corporate Bankruptcy Dept | PO Box 29622 | | Raleigh | NC | 27626-0622 |
| North Dakota Secretary of State | Attn Corporate Bankruptcy Dept | 600 E. Boulevard Ave. Dept 108 | | Bismarck | ND | 58505-0500 |
| Ohio Secretary of State | Attn Corporate Bankruptcy Dept | 22 North Fourth Street | | Columbus | OH | 43215 |
| Oklahoma Secretary of State | Attn Corporate Bankruptcy Dept | Oklahoma State Capitol Bldg., Room 122 | 2300 N Lincoln Boulevard | Oklahoma City | OK | 73105 |
| Oregon Secretary of State | Attn Corporate Bankruptcy Dept | 255 Capitol St NE Suite 151 | Public Service Building | Salem | OR | 97310 |
| Pennsylvania Secretary of State | Attn Corporate Bankruptcy Dept | 302 North Office Building | 401 North St | Harrisburg | PA | 17120 |
| Rhode Island Secretary of State | Attn Corporate Bankruptcy Dept | 148 West River Street | | Providence | RI | 02904-2615 |
| South Carolina Secretary of State | Attn Corporate Bankruptcy Dept | 1205 Pendleton St Suite 525 | | Columbia | SC | 29201 |
| South Dakota Secretary of State | Attn Corporate Bankruptcy Dept | Capitol Building | 500 East Capitol Avenue Suite 204 | Pierre | SD | 57501-5070 |
| Tennessee Secretary of State | Attn Corporate Bankruptcy Dept | State Capitol | | Nashville | TN | 37243-1102 |
| Texas Secretary of State | Attn Corporate Bankruptcy Dept | PO Box 13697 | | Austin | TX | 78711-3697 |
| Utah Secretary of State | Attn Corporate Bankruptcy Dept | PO Box 146705 | | Salt Lake City | UT | 84114-6705 |
| Vermont Secretary of State | Attn Corporate Bankruptcy Dept | 128 State Street | | Montpelier | VT | 05633-1101 |

**Exhibit G**
**Secretaries of State Service List**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Virginia Secretary of the Commonwealth | Attn Corporate Bankruptcy Dept | PO Box 2454 | | Richmond | VA | 23218 |
| Washington Secretary of State | Attn Corporate Bankruptcy Dept | PO Box 40220 | | Olympia | WA | 98504-0220 |
| West Virginia Secretary of State | Attn Corporate Bankruptcy Dept | Bldg. 1, Suite 157-K | 1900 Kanawha Blvd. East | Charleston | WV | 25305-0770 |
| Wisconsin Secretary of State | Attn Corporate Bankruptcy Dept | PO Box 7848 | | Madison | WI | 53703 |
| Wyoming Secretary of State | Attn Corporate Bankruptcy Dept | 122 W 25th St Ste 101 | Herschler Building East | Cheyenne | WY | 82002-0020 |

# Exhibit H

**Exhibit H**
**Objecting and Responding Parties Service List**
**Served via First Class Mail**

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Counsel to Aclaris Therapeutics, Inc. | Aclaris Therapeutics, Inc. | DLA Piper LLP (US) | Aaron Applebaum and Matthew S. Sarna | 1201 North Market Street, Suite 2100 | Wilmington | DE | 19801 |
| Counsel to Aclaris Therapeutics, Inc. | Aclaris Therapeutics, Inc. | DLA Piper LLP (US) | Dennis ODonnell | 1251 Avenue of the Americas | New York | NY | 10020-1104 |
| Counsel to Allergan, Inc. and Allergan Sales, LLC | Allergan, Inc. and Allergan Sales, LLC | Landis Rath & Cobb LLP | Adam G. Landis, Kimberly A. Brown and Nicolas E. Jenner | 919 Market Street, Suite 1800 | Wilmington | DE | 19801 |
| Responding Party | Heinkel Filtering Systems, Inc | Alan Ferraro, President | 520 Sharptown Road | | Swedesboro | NJ | 08085 |
| US Attorney for District of Delaware | US Attorney for District of Delaware | Ellen W. Slights, Assistant United States Attorney | 1313 N Market Street | Hercules Building | Wilmington | DE | 19801 |

# Exhibit I

**Exhibit I**
**Federal Trade Commission Service List**
**Served via First Class Mail**

| CreditorName | Address1 | City | State | Zip |
|---|---|---|---|---|
| Federal Trade Commission | 600 Pennsylvania Avenue, NW | Washington | DC | 20580 |

In re Novan, Inc., et al.
Case No. 23-10937 (LSS)

Page 1 of 1